GARRY G. MATHIASON, Bar No. 051119
ANDREW M. SPURCHISE, Bar No. 245998
JESSICA X. ROTHENBERG, Bar No. 284823
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

SUSAN K. HOFFMAN, Bar No. 19498
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:    267.402.3000
Facsimile:    267.402.3131

Attorneys for Defendants
ALLIANZ ASSET MANAGEMENT OF
AMERICA L.P., ALLIANZ ASSET
MANAGEMENT OF AMERICA LLC and
ALLIANZ GLOBAL INVESTORS U.S. LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNG MINN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANZ ASSET MANAGEMENT OF AMERICA L.P., a Delaware limited partnership, ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, a Delaware limited liability company, ALLIANZ GLOBAL INVESTORS U.S. LLC, a Delaware limited liability company, and DOES 1-25,<br><br>　　　　　　Defendants. | Case No. 4:14-cv-02220-PJH<br><br>**JOINT STIPULATION REGARDING REMAND AND ATTORNEYS' FEES; [PROPOSED] ORDER**<br><br>Date: July 9, 2014<br>Time: 9:00 a.m.<br>Courtroom: 3 |

JOINT STIPULATION TO REMAND CASE
TO STATE COURT; [PROPOSED] ORDER

Case No. 4:14-cv-02220-PJH

Plaintiff SEUNG MINN and Defendants ALLIANZ ASSET MANAGEMENT OF AMERICA L.P., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, and ALLIANZ GLOBAL INVESTORS U.S. LLC (collectively, the "Parties"), hereby agree and stipulate through their respective counsel to the following:

WHEREAS, Plaintiff filed suit in San Francisco Superior Court, alleging claims of breach of contract, failure to pay earned wages, waiting time penalties, and conversion on or about April 9, 2014;

WHEREAS, Defendants removed the case on May 14, 2014;

WHEREAS, Defendants filed a motion to dismiss to Plaintiff's Complaint or, in the alternative, to compel arbitration on May 21, 2014;

WHEREAS, Plaintiff filed a motion to remand and for attorneys' fees on June 4, 2014;

WHEREAS, the Parties have fully briefed these motions and there is a hearing set before this Court for July 9, 2014 at 9:00 a.m.;

NOW, THEREFORE, the Parties stipulate and respectfully request that this Court remand this case to state court, while retaining jurisdiction over Plaintiff's Motion for Attorneys' Fees.

The Parties agree that Plaintiff's pending Motion for Attorneys' Fees pursuant to 28 U.S.C. § 1447(c) should be ruled upon by this Court at the scheduled July 9, 2014 hearing.

The Parties agree that this stipulation does not waive any rights as to Plaintiff's substantive claims, and that those claims will be decided in state court. Accordingly, the Parties also agree that the law of the case shall be that no Federal Jurisdiction exists as to any of Plaintiff's claims.

The Parties further agree that Defendants' Motion to Dismiss or, in the Alternative, to Compel Arbitration is moot due to a lack of Federal Jurisdiction.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO REMAND CASE TO STATE COURT; [PROPOSED] ORDER      2.      Case No. 4:14-cv-02220-PJH

SO STIPULATED.

Date: July 8, 2014      /s/ Ryan L. Hicks
RICHARD A. HOYER
RYAN L. HICKS
HOYER & ASSOCIATES
Attorneys for Plaintiff
SEUNG MINN

Date: July 8, 2014      /s/ Andrew M. Spurchise
GARRY G. MATHIASON
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ALLIANZ ASSET MANAGEMENT OF AMERICA L.P., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC and ALLIANZ GLOBAL INVESTORS U.S. LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO REMAND CASE TO STATE COURT; [PROPOSED] ORDER    3.    Case No. 4:14-cv-02220-PJH

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulation to Remand Case to State Court, IT IS HEREBY ORDERED that:

1. This case is remanded to state court.

2. This Court shall retain jurisdiction over Plaintiff's Motion for Attorneys' Fees, which ~~will be~~ is resolved by ~~the Court at the scheduled July 9, 2014 hearing~~ separate order.

3. Plaintiff has not waived any rights as to his substantive claims.

4. The law of the case going forward is that there is no Federal Jurisdiction over any of Plaintiff's claims.

5. Defendants' motion to dismiss or, in the alternative, to compel arbitration is moot due to a lack of Federal Jurisdiction.

Dated: 7/8/14

The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

Firmwide:127830941.1 054881.1041

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO REMAND CASE TO STATE COURT; [PROPOSED] ORDER       4.       Case No. 4:14-cv-02220-PJH